## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

EIDL SCHONFELD, on behalf of himself and all others
similarly situated,
        Plaintiff,

        v.                           CASE NO.: 7:18-cv-7501

TRANS-CONTINENTAL CREDIT & COLLECTION CORP.

John Does 1-25

        Defendant.

_____ /

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is   dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** June 21, 2019

| **For Plaintiff Eidl Schonfeld** | **For Defendant Trans-Continental Credit and Collection Corp.** |
|---|---|
| *[signature]* | *[signature]* |
| Dov Mittelman | Arthur Jay Sanders |
| Stein Saks, PLLC | Law Offices of Arthur Sanders |
| 285 Passaic Street | 30 South Main Street |
| Hackensack, NJ 07601 | New City, NY 10956 |
| Ph: (201) 282-6500 | Ph: (845) 499-2990 |
| mittelmandov@yahoo.com | asanders@arthursanderslaw.com |

1

## CERTIFICATE OF SERVICE

I certify that on June 21, 2019, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> */s/ Dov Mittelman*
> Dov Mittelman
> **Stein Saks, PLLC**
> 285 Passaic Street
> Hackensack, NJ 07601
> *Attorneys for Plaintiff*

2