# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                                             June 24, 2019
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

## CANCELLATION NOTICE

The in-person status conference scheduled for Monday, July 1, 2019, at 11:30 a.m., before the Honorable Lisa Margaret Smith, United States Magistrate Judge, in the matter of <u>Schonfeld v. Trans-Continental Credit & Collection Corp.</u>, 18-cv-7501 (KMK)(LMS), has been *cancelled*.

SO ORDERED: /s/ Lisa Margaret Smith
Hon. Lisa Margaret Smith
U.S.M.J.